FILED

05/13/2026 at 9:08 PM

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER JONES

Magistrate No. 26-731

[UNDER SEAL]

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Lauren Strebel, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am employed as a Special Agent of the Federal Bureau of Investigation and have been so employed since December 2020.  I am currently assigned to the Pittsburgh Division of the FBI, working violent crimes against children matters.  While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  In addition to my training, I have participated in the execution of numerous search warrants related to computer crimes, the majority of which have involved child exploitation and/or child sexual assault material/child pornography.

2.      As a Special Agent with the FBI, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3.      As part of my duties, I investigate violations of federal law, including the online

1

exploitation of children and violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors.  By virtue of my position, I perform and have performed a variety of investigative tasks, including the execution of federal search warrants and seizures, and the identification and collection of computer-related evidence. I have personally participated in the execution of numerous federal search warrants involving the search and seizure of computer equipment in cases involving violations of Title 18, United States Code, Sections 2251, 2252, and 2423.

4.      I know that Title 18, United States Code, Section 2422(b) makes it a crime to use a facility or means of interstate commerce, such as the Internet and/or the telephone, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

5.      I am aware that Pennsylvania prohibits a person from intentionally contacting a minor, including a law enforcement officer acting in an undercover capacity and assuming the identity of a minor, for the purpose of engaging in the activity of any one or more of the activities prohibited in Chapter 31 of Pennsylvania's crime code, 18 Pa. C.S. § 6318(a)(1), and that Chapter 31 of Pennsylvania's Criminal Code, Section 3122.1(b) prohibits a person from engaging in sexual intercourse with an individual under the age of 16 years and that person is 11 or more years older than the individual and the person and the individual are not married to each other, and Section 3123(a)(7) prohibits a person from engaging in deviate sexual intercourse with an individual who is less than 16 years of age and the person is four or more years older than the individual and the individual and the person are not married to each other.

6.      This affidavit is being submitted in support of a Criminal Complaint and arrest warrant against defendant, CHRISTOPHER JONES ("hereinafter referred to as JONES"),

charging him with a violation of 18 U.S.C. § 2422(b) (Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity).

7.    I am familiar with the facts and circumstances set forth in this affidavit as a result of my participation in an investigation conducted by the FBI Pittsburgh Violent Crimes Against Children Task Force, information received from other criminal investigators, and my review of chats between the Minor Victim ("MV"), who I know to be a 14-year old minor, and JONES. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

8.    In summary, the following affidavit sets forth facts establishing probable cause that JONES used a facility of interstate commerce, namely, the Internet and/or a cellular telephone network, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in unlawful sexual activity.

9.    Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 2422(b) has been committed by JONES.

**PROBABLE CAUSE**

10.    On or about the evening of May 3, 2026, MV was reported as a Missing Juvenile to Whitehall Police Department. Upon leaving her residence in Whitehall, PA, MV was in possession of an iPhone that was Wi-Fi accessible only.

11.    MV left an iPad at his/her residence, which law enforcement was able to get forensically analyzed by United States Secret Service (USSS).

12.    Members from the Violent Crimes Against Children Task Force (VCACTF) at Pittsburgh Federal Bureau of Investigation (FBI) assisted in obtaining additional information

3

pertaining to MV and his/her disappearance.

13.    In addition to an iPad, Whitehall Police Department obtained a CyberTip that was associated with the MV's Discord Account.  I know Discord to be a social media platform that can be used for instant messaging, voice calls, and video calls, among other activities.

14.    Detective Christian Cetra of the Allegheny County Police Department, currently assigned to the Pennsylvania Internet Crimes Against Children (ICAC) Task Force, sits with Pittsburgh FBI.  As part of Detective Cetra's duties, he receives Cybertips from the National Center for Missing and Exploited Children (NCMEC).

15.    Based on the information provided to your Affiant and Detective Cetra by another member of law enforcement involved in this investigation, i.e., Detective Newbould, regarding the CyberTip associated to MV, Detective Cetra requested Cybertip#238822616 from NCMEC, which was submitted by Discord in relation to private chats between MV's Discord username and user "memphisrow" (aka "memphisrow.") on or about May 1, 2026.

16.    These Discord chats were flagged as a "Priority 1 Cybertip." A "Priority 1 Cybertip" is the highest level of urgency report handled by NCMEC, which typically indicates that a child is imminent danger.

17.    The CyberTip was submitted by Discord Inc. regarding MV and Account, "memphisrow" ID: 1487217005592576082).

18.    The Discord chats that were provided alluded to "memphisrow" (or "memphisrow.") being an adult male who identified as a "MAP."

19.    You Affiant knows through her training and experience that "MAP" is a commonly used acronym for a "Minor Attracted Person" which is an adult who has a sexual attraction to minors.

20.    In the chats on Discord, MV's username identified themselves as a "kid" and mentions there being a curfew in his/her area.

21.    In the Discord chats, the user of "memphisrow" outlined a plan for him to drive to meet MV and take him/her with him once he/she packed a bag and MV sneaking out of his/her home.

22.    Further, the user of "memphisrow" mentioned purchasing sex toys for MV as well as MV lying about his/her age if asked.

23.    The user of "memphisrow" even outlined a plan to get rid of MV's cell phone so they cannot be tracked and do not get in trouble.

24.    The following is an excerpt/summary of the communication between MV and "memphisrow" (though this does not display the entirety of the chats):

05/01/2026 at 04:03PM UTC **memphisrow**: Would you ever want to make puppy friends? Like petplay friends. Go play at the park?

05/01/2026 at 04:04PM UTC **memphisrow**: We can go car rides. I have a sunroof you can poke your head through

05/01/2026 at 04:05PM UTC **MV**: I can't

05/01/2026 at 04:05PM UTC **MV**: They are all adults

05/01/2026 at 04:05PM UTC **MV**: I'm just a kid

05/01/2026 at 04:05PM UTC **MV**: I need to wear

05/01/2026 at 04:05PM UTC **MV**: Eat *

05/01/2026 at 04:06PM UTC **memphisrow**: What are you hungry for?

05/01/2026 at 04:06PM UTC **memphisrow**: I'd happy to cook for you

05/01/2026 at 04:25PM UTC **MV**: I'm about to hive myself to a pedo

05/01/2026 at 04:25PM UTC **MV**: What song

05/01/2026 at 04:26PM UTC **memphisrow**: All star smash mouth

05/01/2026 at 04:26PM UTC **memphisrow**: Well I'm your map

05/01/2026 at 04:26PM UTC **memphisrow**: You're my aam

05/01/2026 at 04:26PM UTC **MV**: Why can't I say pedo

05/01/2026 at 04:27PM UTC **MV**: Daddy

05/01/2026 at 04:27PM UTC **MV**: I ask u question

05/01/2026 at 04:27PM UTC **memphisrow:** You can say it

05/01/2026 at 04:27PM UTC **MV**: Okie

05/01/2026 at 04:27PM UTC **memphisrow**: I just like the terms map and aam they're way more cute

05/01/2026 at 04:27PM UTC **MV**: They are

05/01/2026 at 04:27PM UTC **memphisrow**: My brain wants to say cutier but it's not a word

05/01/2026 at 04:28PM UTC **MV**: I'm Cute

05/01/2026 at 04:28PM UTC **memphisrow**: You're perfect!

05/01/2026 at 04:28PM UTC **memphisrow**: My puppie

05/01/2026 at 04:28PM UTC **MV**: Tyyyyyy

05/01/2026 at 04:29PM UTC **MV**: I can't wait for next weekend

05/01/2026 at 04:29PM UTC **memphisrow**: Neither can I! I'm thrilled to finally have my dream girl

05/01/2026 at 04:29PM UTC **MV**: I'm so excited to have my dream husband

05/01/2026 at 04:30PM UTC **MV**: My dream life

05/01/2026 at 04:30PM UTC **memphisrow**: You are quite literally my dream wife!!

05/01/2026 at 04:32PM UTC **MV**: How long will it drive be?

05/01/2026 at 04:32PM UTC **memphisrow**: 2 hours I believe

05/01/2026 at 04:32PM UTC **MV**: So close

05/01/2026 at 04:32PM UTC **memphisrow:** But I won't know for sure til I have a specific location

05/01/2026 at 04:32PM UTC **MV**: I'm in [location in WDPA]

05/01/2026 at 04:33PM UTC **MV**: U can stop at the stores next to my house

05/01/2026 at 04:34PM UTC **memphisrow**: Six hours good thing for your love of diapers 😙

05/01/2026 at 04:38PM UTC **memphisrow**: Would you be okay with telling ppl you're 19? If you met any one ik?

05/01/2026 at 04:38PM UTC **MV**: I don't look 19

05/01/2026 at 04:39PM UTC **memphisrow**: True true

05/01/2026 at 04:39PM UTC **memphisrow**: Just thinking about if I get a surprise from my sister who is 20

05/01/2026 at 04:39PM UTC **MV**: Okie

05/01/2026 at 04:45PM UTC **memphisrow**: Would you want your pussy eaten out?

05/01/2026 at 04:45PM UTC **MV**: Mabey

05/01/2026 at 04:46PM UTC **memphisrow**: Would be cute to see your facial expressions as I lick you down there and kiss your princess parts

05/01/2026 at 04:46PM UTC **MV**: Mmmmm

05/01/2026 at 04:46PM UTC **memphisrow**: I will come over Friday

05/01/2026 at 04:46PM UTC **MV**: Need it

05/01/2026 at 04:46PM UTC **MV**: It is Friday

05/01/2026 at 04:46PM UTC **memphisrow**: Soon as you tell me your home from school I'll come get you

05/01/2026 at 04:46PM UTC **memphisrow**: I mean next weekend baby. Next Fri

05/01/2026 at 05:06PM UTC **MV**: Why do u gotta delete all of it

05/01/2026 at 05:06PM UTC **memphisrow**: So nothing can be traced to me

05/01/2026 at 05:07PM UTC **memphisrow**: Gotta protect us both

25.     The IP logs provided by Discord for "memphisrow" (or "memphisrow.") contained several IP addresses which resolved to Verizon.  An exigent request was conducted for three (3) IP addresses all belonging to Verizon with dates and times that these IP addresses were used to access the "memphisrow" Discord account.

26.     The Verizon IP exigency request returns were provided to Detective Cetra, which showed that they are Natting IP addresses.

27.     Natting IP addresses can be assigned to several different users at one time.  Your Affiant knows through training and experience that one of the best ways to discern a suspect from Natting IP addresses is to compare several different IP addresses from several different dates and times and look for common phone or account numbers on the provided logs.

28.     Your Affiant reviewed the exigent returns for the three (3) IP addresses provided by Verizon and the phone number 570-995-8563 is present on all three(3) returns during the specified dates and times.  This indicates that the IP addresses were assigned to 570-995-8563 at the times they were used to access Discord.

29.     Upon further review of the Discord chats between "memphisrow" and MV on the iPad left behind by MV at his/her residence, four selfies were sent by "memphisrow." These pictures were analyzed through facial recognition by federal law enforcement and returned a positive hit on Christopher Jones, DOB 01/26/1999 ("JONES"), residing at 13 W Poplar Street, Apt 301, Nanticoke, Pennsylvania, 18634

30.     Additional review of records revealed that JONES drives a 2001 Jeep, bearing the

PA Plate NBL7040 and that this vehicle is registered to JONES.  This vehicle appears to have been in the vicinity of MV's residence around May 2-3, 2026, based upon License Plate Reader data discussed below.

31.    Members of law enforcement routed a map from MV's residence to JONES' residence at the address provided above (Nanticoke, Pennsylvania) and found that the route would take approximately 4 hours and 45 minutes to 5 hours and 45 minutes, depending on what time of day and the route taken.

32.    After reviewing License Plate Reader data accessible to law enforcement, PA Plate NBL7040 hit on May 2, 2026 at 10:54:38PM at Rt 22 (W) @ Resort Dr (Blairsville, PA), May 3, 2026 at 1:48:27AM at Rt 22 E @ Alpine (Monroeville, PA), May 3, 2026 1:58:18AM at Rt 22 East @ Manor Rd (Murrysville, PA).

33.    Your Affiant knows that both Monroeville and Murrysville, Pennsylvania are near and around Pittsburgh, Pennsylvania, which is where Whitehall Borough (where MV's residence) is located.

34.    Using Law Enforcement Databases, a phone number was retrieved for JONES, which was listed as 570-995-8563, the same phone number associated with the IP addresses discussed above.

35.    An exigent request was then completed for Verizon Wireless for subscriber and location live ping data for phone number 570-995-8563. The subscriber information provided by Verizon comes back to Christpher Jones (JONES) with address 13 W Poplar Nanticoke Pennsylvania, 18634.

36.    The location data provided by Verizon at 1428hrs showed Latitude = 41.214861 Longitude = -75.944141 on or about May 4, 2026.  This location stated it was accurate with a

Radius (meters) = 1553. It should be noted that this location is less than 10 minutes away from the residence listed on the OLN of Christopher Jones with DOB: 01/26/1999 (JONES) of 13 W Poplar Street, Nanticoke, Pennsylvania, 18634.

37.    Members of the Scranton Resident Agency (RA) Office of the FBI conducted surveillance at JONES' listed address, 13 W Popular Street, Nanticoke, Pennsylvania, and located a Black Jeep bearing the license plate NBL7040 (vehicle registered to JONES) on or about May 4, 2026.

38.    On May 4, 2026, Members of the Scranton RA Office of the FBI executed Federal Search Warrants at 13 W Poplar, Apt 301, Nanticoke, Pennsylvania, 18634, for the residence, the person of JONES, and the vehicle of JONES (listed as a Black Jeep bearing the license plate NBL7040), including any electronic devices.  Members of the FBI Office also simultaneously executed an Arrest Warrant for Christopher Jones, who was taken into custody on state charges. While at the residence, MV was located and taken into temporary custody, and eventually transported back to her parents in /near the Western District of Pennsylvania.

39.    The acts that JONES planned to engage in with the minor, as described in the chats above, and that JONES committed to picking up MV, and then apparently further located and picked up MV, and transported MV back to his residence for the purposes of sex, are crimes punishable under Pennsylvania law, as described above.  Further, JONES used facilities or means of interstate commerce (Internet or cellular phone network) to communicate with MV, a minor who JONES knew was a minor.

## **CONCLUSION**

40.    Considering all of the foregoing, there is probable cause to believe that, from on or about May 1, 2026, and continuing thereafter until on or about May 4, 2026, in the Western District

of Pennsylvania, the defendant, CHRISTOPHER JONES, did use a facility or means of interstate commerce, the Internet and over a cellular phone network, to knowingly attempt to persuade, induce, entice or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

41.    The above information is true and correct to the best of my knowledge, information, and belief.

*s/ Lauren Strebel*
LAUREN STREBEL
Special Agent, FBI

Sworn to before me, by *telephone*,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 13th day of May, 2026.

_____
HONORABLE KEZIA O. L. TAYLOR
UNITED STATES MAGISTRATE JUDGE