IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JONES | Criminal No. 26-101 |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: CHRISTOPHER JONES, Year of Birth: 1999, White, Male.

2. Detained by: Allegheny County Jail.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 2422(b).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, PA, awaiting a disposition of state charges.

5. The above case is set for a Status Conference via Video before the Honorable Marilyn J. Horan on January 21, 2027, at 9:00 a.m. and it shall therefore be necessary for detainee to participate in the Video Status Conference at that time.

/s/*Nicole A. Stockey*
NICOLE A. STOCKEY
Assistant U.S. Attorney
PA ID No. 306955

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

________________________
DATE

____________________________________________
UNITED STATES DISTRICT COURT JUDGE

cc: Nicole A. Stockey, AUSA